# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

FREE MOORISH AMERICAN NATION EX
RELATIONE LEON GREEN BEY
CONSUL OF THE FREE MOORISH
AMERICAN NATION,

             Petitioner

             v.

PENNSYLVANIA STATE SHERIFF FOR
DAUPHIN COUNTY, PENNSYLVANIA
STATE GOVERNOR WOLF,
PENNSYLVANIA STATE ATTORNEY
GENERAL, PENNSYLVANIA STATE
OFFICER LEON GREEN,

             Respondent

: No. 81 MM 2016
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of July, 2016, the Application for Leave to File Original Process is **GRANTED**, and the "Common Law Writ of Quo Warranto" and the Application for Evidentiary Hearing are **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.